UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

_____

JONATHAN DRUMMOND,

    Plaintiff,

vs.                                                  Case No. 6:25-CV-12-JSS-RMN

ANYTIME FITNESS FRANCHISOR,
LLC,

    Defendant.

_____

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JONATHAN DRUMMOND ("Plaintiff") and Defendant, ANYTIME FITNESS FRANCHISOR, LLC ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby jointly notify the Court that the Parties have reached a settlement that resolves all claims that were or could have been brought in this action and are in the process of executing the settlement agreement. The Parties request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to execute the settlement and submit a stipulation of dismissal of the action to the Court.

Jointly submitted this 10th day of March, 2025.

| | |
|---|---|
| **ALEKSANDRA KRAVETS, ESQ. P.A.** | **VENABLE LLP** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 1100 Buchanan Street | 801 Brickell Avenue, Suite 1500 |
| Hollywood, FL 33019 | Miami, FL 33131 |
| Tel.: 347.268.9533 | Tel.: 305.349.2325 |
| Email: ak@akesqpa.com | Email: asblynn@venable.com |
| | |
| By: */s/ Aleksandra Kravets* | By: */s/ Aaron S. Blynn* |
| Aleksandra Kravets | Aaron Blynn |
| Florida Bar No.: 120562 | Florida Bar No.: 073464 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all parties.

By: */s/ Aleksandra Kravets*
Aleksandra Kravets
Florida Bar No.: 120562