# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JONATHAN DRUMMOND,

    Plaintiff,

vs.

ANYTIME FITNESS FRANCHISOR LLC,

    Defendant.
_____/

Case No. 6:25-CV-12-JSS-RMN

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JONATHAN DRUMMOND ("Plaintiff") and Defendant ANYTIME FITNESS FRANCHISOR, LLC, stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Unless otherwise stated in the parties' settlement agreement, each Party shall bear his or its own costs and fees, including attorneys' fees, incurred with this action.

Dated: March 31, 2025.

| | |
|---|---|
| **ALEKSANDRA KRAVETS, ESQ. P.A.** | **VENABLE LLP** |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 1100 Buchanan Street | 801 Brickell Avenue, Suite 1500 |
| Hollywood, FL 33019 | Miami, FL 33131 |
| Tel.: 347.268.9533 | Tel.: 305.349.2325 |
| Email: ak@akesqpa.com | Email: asblynn@venable.com |
| | |
| By: */s/ Aleksandra Kravets* | By: */s/ Aaron S. Blynn* |
| Aleksandra Kravets | Aaron Blynn |
| Florida Bar No.: 120562 | Florida Bar No.: 073464 |